J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:   (818) 500-3201

JS-6

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

Morgan E. Pietz (SBN 260629)
*mpietz@pietzlawfirm.com*
The Pietz Law Firm
3770 Highland Ave., Suite 206
Manhattan Beach, California 90266
Telephone:   (310) 424-5557
Facsimile:   (310) 546-5301

Attorney for Defendant
David Skinner, an individual and d/b/a
Amazon.com Seller david93230

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc., ) | Case No. CV13-4083 SJO (MANx) |
| ) | |
| Plaintiff, ) | CONSENT DECREE AND PERMANENT INJUNCTION |
| ) | |
| v.          ) | |
| ) | |
| David Skinner, an individual and d/b/a ) | |
| Amazon.com Seller david93230, Carol ) | |
| Sosby, an individual and d/b/a ) | |
| Amazon.com Seller david93230, and ) | |
| Does 1-10, inclusive, ) | |
| ) | |
| Defendants. ) | |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") and Defendant David Skinner, an individual and d/b/a Amazon.com Seller david93230 ("Defendant"), in this action, and good cause appearing therefore, hereby:

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with her who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b)   Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)   Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)   Each side shall bear its own fees and costs of suit.

6)   Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)   This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)   The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)   The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)   The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)   This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent

decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:      November 7, 2013

_____
Hon. S. James Otero
United States District Judge

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
       J. Andrew Coombs
       Annie S. Wang
Attorneys for Plaintiff Warner Bros. Home
Entertainment Inc.

The Pietz Law Firm

By: _____
       Morgan E. Pietz
Attorney for Defendant,
David Skinner, an individual and d/b/a
Amazon.com Seller david93230

**EXHIBIT A**

**COPYRIGHT REGISTRATIONS**

| REG. NO. | TITLE | COPYRIGHT CLAIMANT |
|---|---|---|
| PA 212-225 | A Christmas Story (Full-Screen Edition) | M G M/U A Entertainment Company |
| PA 1-714-228 | A Nightmare on Elm Street Collection | New Line Productions, Inc. ("New Line") |
| PA 050-008 | Beyond the Poseidon Adventure | Warner Bros Inc. ("WBI") |
| PA 1-800-005 | CHUCK: Chuck Versus The Zoom | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 1-830-373 | CHUCK: Chuck Versus The Bearded Bandit | WBEI |
| PA 1-830-358 | CHUCK: Chuck Versus The Frosted Tips | WBEI |
| PA 1-830-395 | CHUCK: Chuck Versus The Business Trip | WBEI |
| PA 1-830-379 | CHUCK: Chuck Versus The Hack Off | WBEI |
| PA 1-830-361 | CHUCK: Chuck Versus The Curse | WBEI |
| PA 1-830-364 | CHUCK: Chuck Versus The Santa Suit | WBEI |
| PA 1-830-765 | CHUCK: Chuck Versus The Baby | WBEI |
| PA 1-830-658 | CHUCK: Chuck Versus The Kept Man | WBEI |
| PA 1-830-659 | CHUCK: Chuck Versus Bo | WBEI |
| PA 1-830-385 | CHUCK: Chuck Versus The Bullet Train | WBEI |
| PA 1-830-662 | CHUCK: Chuck Versus Sarah | WBEI |
| PA 1-800-007 | CHUCK: Chuck Versus The Goodbye | WBEI |
| RE 907-069 | All the President's Men | WBEI |
| PA 014-408 | Network | Metro-Goldwyn-Mayer, Inc.; United Artists Corporation |
| RE 891-622 | Dog Day Afternoon | WBEI |
| RE 630-127 | Harum Scarum | Turner Entertainment Co. ("TEC") |

| RE 731-523 | Speedway | TEC |
|---|---|---|
| RE 759-713 | The Trouble With Girls | TEC |
| PA 729-591 | Exit to Eden | Savoy Pictures, Inc. |
| PA 1-805-639 | FRINGE: Neither Here Nor There | WBEI |
| PA 1-838-996 | FRINGE: One Night In October | WBEI |
| PA 1-838-984 | FRINGE: Alone In The World | WBEI |
| PA 1-838-999 | FRINGE: Subject 9 | WBEI |
| PA 1-839-002 | FRINGE: Novation | WBEI |
| PA 1-838-978 | FRINGE: And Those We've Left Behind | WBEI |
| PA 1-840-592 | FRINGE: Wallflower | WBEI |
| PA 1-840-558 | FRINGE: Back To Where You've Never Been | WBEI |
| PA 1-840-566 | FRINGE: Enemy Of My Enemy | WBEI |
| PA 1-840-564 | FRINGE: Forced Perspective | WBEI |
| PA 1-839-003 | FRINGE: Making Angels | WBEI |
| PA 1-839-006 | FRINGE: Welcome To Westfield | WBEI |
| PA 1-838-969 | FRINGE: A Better Human Being | WBEI |
| PA 1-839-186 | FRINGE: The End Of All Things | WBEI |
| PA 1-838-997 | FRINGE: A Short Story About Love | WBEI |
| PA 1-840-391 | FRINGE: Nothing As It Seems | WBEI |
| PA 1-838-998 | FRINGE: Everything In Its Right Place | WBEI |
| PA 1-838-971 | FRINGE: The consultant | WBEI |
| PA 1-840-561 | FRINGE: Letters Of Transit | WBEI |
| PA 1-840-594 | FRINGE: Worlds Apart | WBEI |
| PA 1-840-569 | FRINGE: Brave New World: Part One | WBEI |
| PA 1-805-612 | FRINGE: Brave New World: Part Two | WBEI |
| PA 1-736-232 | GAME OF THRONES: Winter Is Coming | Home Box Office, Inc. ("HBO") |
| PA 1-736-234 | GAME OF THRONES: The Kingsroad | HBO |
| PA 1-737-694 | GAME OF THRONES: Lord Snow | HBO |
| PA 1-737-699 | GAME OF THRONES: Cripples, Bastards And Broken Things | HBO |
| PA 1-737-696 | GAME OF THRONES: The Wolf And The Lion | HBO |
| PA 1-737-695 | GAME OF THRONES: A Golden Crown | HBO |
| PA 1-750-434 | GAME OF THRONES: You Win Or You Die | HBO |
| PA 1-738-431 | GAME OF THRONES: The Pointy End | HBO |
| PA 1-739-318 | GAME OF THRONES: Baelor | HBO |
| PA 1-740-116 | GAME OF THRONES: Fire And Blood | HBO |

| R 399-224 | Gone With the Wind | TEC |
|---|---|---|
| PA 1-805-600 | GOSSIP GIRL: Yes, Then Zero | WBEI |
| PA 1-842-654 | GOSSIP GIRL: Beauty And The Feast | WBEI |
| PA 1-842-729 | GOSSIP GIRL: Jewel Of Denial | WBEI |
| PA 1-842-682 | GOSSIP GIRL: Memories Of An Invisible Dan | WBEI |
| PA 1-842-723 | GOSSIP GIRL: The Fasting And The Furious | WBEI |
| PA 1-842-719 | GOSSIP GIRL: I Am Number Nine | WBEI |
| PA 1-842-667 | GOSSIP GIRL: The Big Sleep No More | WBEI |
| PA 1-842-775 | GOSSIP GIRL: All The Pretty Sources | WBEI |
| PA 1-842-653 | GOSSIP GIRL: Rhodes To Perdition | WBEI |
| PA 1-842-652 | GOSSIP GIRL: Riding In Town Cars With Boys | WBEI |
| PA 1-842-777 | GOSSIP GIRL: The End Of The Affair | WBEI |
| PA 1-842-650 | GOSSIP GIRL: Father And The Bride | WBEI |
| PA 1-842-770 | GOSSIP GIRL: G.G. | WBEI |
| PA 1-842-747 | GOSSIP GIRL: The Backup Dan | WBEI |
| PA 1-842-732 | GOSSIP GIRL: Crazy, Cupid, Love | WBEI |
| PA 1-842-660 | GOSSIP GIRL: Cross Rhodes | WBEI |
| PA 1-840-387 | GOSSIP GIRL: The Princess Dowry | WBEI |
| PA 1-840-387 | GOSSIP GIRL: Con-Heir | WBEI |
| PA 1-840-373 | GOSSIP GIRL: It Girl, Interrupted | WBEI |
| PA 1-840-368 | GOSSIP GIRL: Salon Of The Dead | WBEI |
| PA 1-840-378 | GOSSIP GIRL: Despicable B | WBEI |
| PA 1-840-385 | GOSSIP GIRL: Raiders Of The Lost Art | WBEI |
| PA 1-840-367 | GOSSIP GIRL: The Fugitives | WBEI |
| PA 1-805-638 | GOSSIP GIRL: The Return Of The Ring | WBEI |
| PA 1-063-646 | Harry Potter & The Sorcerer's Stone | WBEI |
| PA 1-715-030; PA 1-397-032 | Inception (Two-Disc Edition) [Blu-ray] | WBEI; Legendary Pictures Funding, LLC |
| RE 528-580 | Incredible Mr Limpet | WBI |
| PA 1-776-116 | LUCK: Pilot | HBO |
| PA 1-782-832 | LUCK: Ace Meets with a Potential Investor | HBO |
| PA 1-809-035 | LUCK: Ace Meets with a Talented Whiz Kid | HBO |
| PA 1-780-562 | LUCK: Ace Meets with a Colleague | HBO |
| PA 1-780-567 | LUCK: Ace Forces Escalante to Swap Jockeys | HBO |
| PA 1-780-565 | LUCK: Ace Pitches a Deal | HBO |
| PA 1-780-566 | LUCK: Ace and Claire Tour a Horse Farm | HBO |
| PA 1-782-657 | LUCK: Ace Counters Smythe's Move with His | HBO |

| | | |
|---|---|---|
| | Own | |
| PA 1-786-977 | LUCK: Two Prized Colts Go Head to Head | HBO |
| Pau 2-584-474 | My Big Fat Greek Wedding | Big Wedding, LLC |
| PA 732-439 | NATURAL BORN KILLERS | Warner Brothers Productions, Ltd. & Monarchy Enterprises, CV, employers for hire. |
| PA 874-690 | THE POSTMAN | WBEI |
| PA 1-744-418 | PRETTY LITTLE LIARS (SERIES): Pilot | WBEI |
| PA 1-744-449 | PRETTY LITTLE LIARS (SERIES): The Jenna Thing | WBEI |
| PA 1-744-566 | PRETTY LITTLE LIARS (SERIES): To Kill A Mocking Girl | WBEI |
| PA 1-744-450 | PRETTY LITTLE LIARS (SERIES): Can You Hear Me Now? | WBEI |
| PA 1-744-429 | PRETTY LITTLE LIARS (SERIES): Reality Bites Me | WBEI |
| PA 1-749-524 | PRETTY LITTLE LIARS (SERIES): There's No Place Like Homecoming | WBEI |
| PA 1-749-525 | PRETTY LITTLE LIARS (SERIES): The Homecoming Hangover | WBEI |
| PA 1-744-454 | PRETTY LITTLE LIARS (SERIES): Please, Do Talk Above Me When I'm Gone | WBEI |
| PA 1-749-549 | PRETTY LITTLE LIARS (SERIES): The Perfect Storm | WBEI |
| PA 1-744-404 | PRETTY LITTLE LIARS (SERIES): Keep Your Friends Close | WBEI |
| PA 1-794-685 | PRETTY LITTLE LIARS (SERIES): It's Alive | WBEI |
| PA 1-794-687 | PRETTY LITTLE LIARS (SERIES): The Goodbye Look | WBEI |
| PA 1-794-816 | PRETTY LITTLE LIARS (SERIES): My Name Is Trouble | WBEI |
| PA 1-794-688 | PRETTY LITTLE LIARS (SERIES): Blind Dates | WBEI |
| PA 1-794-823 | PRETTY LITTLE LIARS (SERIES): The Devil You Know | WBEI |

| | | |
|---|---|---|
| PA 1-794-778 | PRETTY LITTLE LIARS (SERIES): Never Letting Go | WBEI |
| PA 1-794-827 | PRETTY LITTLE LIARS (SERIES): Surface Tension | WBEI |
| PA 1-794-765 | PRETTY LITTLE LIARS (SERIES): Save The Date | WBEI |
| PA 1-794-790 | PRETTY LITTLE LIARS (SERIES): Picture This | WBEI |
| PA 1-794-831 | PRETTY LITTLE LIARS (SERIES): Touched By An 'A'-Angel | WBEI |
| PA 1-794-686 | PRETTY LITTLE LIARS (SERIES): I Must Confess | WBEI |
| PA 1-794-756 | PRETTY LITTLE LIARS (SERIES): Over My Dead Body | WBEI |
| PA 1-794-834 | PRETTY LITTLE LIARS (SERIES): The First Secret | WBEI |
| PA 1-794-837 | PRETTY LITTLE LIARS (SERIES): Through Many Dangers, Toils and Snares | WBEI |
| PA 1-794-838 | PRETTY LITTLE LIARS (SERIES): A Hot Piece of "A" | WBEI |
| PA 1-794-839 | PRETTY LITTLE LIARS (SERIES): Let The Water Hold Me Down | WBEI |
| PA 1-794-844 | PRETTY LITTLE LIARS (SERIES): The Blonde Leading The Blind | WBEI |
| PA 1-794-848 | PRETTY LITTLE LIARS (SERIES): A Kiss Before Lying | WBEI |
| PA 1-794-689 | PRETTY LITTLE LIARS (SERIES): The Naked Truth | WBEI |
| PA 1-794-740 | PRETTY LITTLE LIARS (SERIES): CTRL: A | WBEI |
| PA 1-794-797 | PRETTY LITTLE LIARS (SERIES): Breaking The Code | WBEI |
| PA 1-794-699 | PRETTY LITTLE LIARS (SERIES): Father Knows Best | WBEI |
| PA 1-794-713 | PRETTY LITTLE LIARS (SERIES): The Eye Of The Beholder | WBEI |
| PA 1-794-693 | PRETTY LITTLE LIARS (SERIES): If These Dolls Could Talk | WBEI |
| PA 1-794-758 | PRETTY LITTLE LIARS (SERIES): Unmasked | WBEI |
| PA 883-758 | Quest for Camelot | Warner Bros. (a division of Time Warner |

| | | |
|---|---|---|
| | | Entertainment Company, LP) |
| PA 190-284 | Risky Business | WV Films IV LLC; HBO |
| PA 1-156-514 | Secondhand Lions (Slip) | New Line |
| PA 1-800-081 | SHAMELESS: Pilot | WBEI |
| PA 1-800-079 | SHAMELESS: Frank The Plank Frank | WBEI |
| PA 1-800-078 | SHAMELESS: Aunt Ginger | WBEI |
| PA 1-800-080 | SHAMELESS: Casey Casden | WBEI |
| PA 1-800-077 | SHAMELESS: Three Boys | WBEI |
| PA 1-829-833 | SHAMELESS: Killer Carl | WBEI |
| PA 1-829-835 | SHAMELESS: Frank Gallagher: Loving Husband, Devoted Father | WBEI |
| PA 1-829-832 | SHAMELESS: It's Time To Kill The Turtle | WBEI |
| PA 1-829-837 | SHAMELESS: But At Last Came A Knock | WBEI |
| PA 1-829-831 | SHAMELESS: Nana Gallagher Had An Affair | WBEI |
| PA 1-829-834 | SHAMELESS: Daddyz Girl | WBEI |
| PA 1-800-083 | SHAMELESS: Father Frank, Full Of Grace | WBEI |
| PA 1-266-673 | Smallville - Pilot (Mini DVD) | WBEI |
| PA 543-215 | Taking of Beverly Hills | Sultan Films, Inc. |
| PA 1-795-517 | THE BIG BANG THEORY: Pilot | WBEI |
| PA 1-799-964 | THE BIG BANG THEORY: The Big Bran Hypothesis | WBEI |
| PA 1-799-962 | THE BIG BANG THEORY: The Fuzzy Boots Corollary | WBEI |
| PA 1-799-893 | THE BIG BANG THEORY: The Luminous Fish Effect | WBEI |
| PA 1-799-876 | THE BIG BANG THEORY: The Hamburger Postulate | WBEI |
| PA 1-799-894 | THE BIG BANG THEORY: The Middle Earth Paradigm | WBEI |
| PA 1-799-868 | THE BIG BANG THEORY: The Dumpling Paradox | WBEI |
| PA 1-799-872 | THE BIG BANG THEORY: The Grasshopper Experiment | WBEI |
| PA 1-799-890 | THE BIG BANG THEORY: The Cooper-Hofstadter Polarization | WBEI |
| PA 1-800-073 | THE BIG BANG THEORY: The Loobenfeld | WBEI |

| | Decay | |
|---|---|---|
| PA 1-799-897 | THE BIG BANG THEORY: The Pancake Batter Anomaly | WBEI |
| PA 1-799-875 | THE BIG BANG THEORY: The Jerusalem Duality | WBEI |
| PA 1-799-899 | THE BIG BANG THEORY: The Bat Jar Conjecture | WBEI |
| PA 1-799-884 | THE BIG BANG THEORY: The Nerdvana Annihilation | WBEI |
| PA 1-799-886 | THE BIG BANG THEORY: The Pork Chop Indeterminacy | WBEI |
| PA 1-799-887 | THE BIG BANG THEORY: The Peanut Reaction | WBEI |
| PA 1-799-865 | THE BIG BANG THEORY: The Tangerine Factor | WBEI |
| PA 1-696-748 | THE BIG BANG THEORY: The Vartabedian Conundrum | WBEI |
| PA 1-696-743 | THE BIG BANG THEORY: The Euclid Alternative | WBEI |
| PA 1-696-733 | THE BIG BANG THEORY: The Cooper-Nowitzki Theorem | WBEI |
| PA 1-696-749 | THE BIG BANG THEORY: The Killer Robot Instability | WBEI |
| PA 1-696-751 | THE BIG BANG THEORY: The Dead Hooker Juxtaposition | WBEI |
| PA 1-696-752 | THE BIG BANG THEORY: The Bath Item Gift Hypothesis | WBEI |
| PA 1-696-753 | THE BIG BANG THEORY: The Terminator Decoupling | WBEI |
| PA 1-696-755 | THE BIG BANG THEORY: The Lizard-Spock Expansion | WBEI |
| PA 1-696-756 | THE BIG BANG THEORY: The Griffin Equivalency | WBEI |
| PA 1-696-723 | THE BIG BANG THEORY: The Hofstadter Isotope | WBEI |
| PA 1-696-719 | THE BIG BANG THEORY: The Work Song Nanocluster | WBEI |
| PA 1-696-724 | THE BIG BANG THEORY: The Cushion Saturation | WBEI |
| PA 1-696-726 | THE BIG BANG THEORY: The Friendship Algorithm | WBEI |
| PA 1-696-727 | THE BIG BANG THEORY: The Monopolar | WBEI |

| | | |
|---|---|---|
| | Expedition | |
| PA 1-696-730 | THE BIG BANG THEORY: The Financial Permeability | WBEI |
| PA 1-696-734 | THE BIG BANG THEORY: The Barbarian Sublimation | WBEI |
| PA 1-696-745 | THE BIG BANG THEORY: The Vegas Renormailization | WBEI |
| PA 1-696-746 | THE BIG BANG THEORY: The Classified Materials | WBEI |
| PA 1-696-757 | THE BIG BANG THEORY: The Codpiece Topology | WBEI |
| PA 1-696-758 | THE BIG BANG THEORY: The Panty Pinata Polarization | WBEI |
| PA 1-696-761 | THE BIG BANG THEORY: The Bad Fish Paradigm | WBEI |
| PA 1-696-763 | THE BIG BANG THEORY: The White Asparagus Triangulation | WBEI |
| PA 1-696-765 | THE BIG BANG THEORY: The Maternal Capacitance | WBEI |
| PA 1-839-789 | THE BIG BANG THEORY: The Electric Can opener Fluctuation | WBEI |
| PA 1-839-759 | THE BIG BANG THEORY: The Jiminy Conjecture | WBEI |
| PA 1-839-694 | THE BIG BANG THEORY: The Gothowitz Deviation | WBEI |
| PA 1-839-728 | THE BIG BANG THEORY: The Pirate Solution | WBEI |
| PA 1-839-770 | THE BIG BANG THEORY: The Creepy Candy Coating Corollary | WBEI |
| PA 1-839-811 | THE BIG BANG THEORY: The Cornhusker Vortex | WBEI |
| PA 1-839-702 | THE BIG BANG THEORY: The Guitarist Amplification | WBEI |
| PA 1-839-730 | THE BIG BANG THEORY: The Adhesive Duck Deficiency | WBEI |
| PA 1-839-693 | THE BIG BANG THEORY: The Vengeance Formulation | WBEI |
| PA 1-839-792 | THE BIG BANG THEORY: The Gorilla Experiment | WBEI |
| PA 1-839-756 | THE BIG BANG THEORY: The Maternal Congruence | WBEI |

| | | |
|---|---|---|
| PA 1-839-706 | THE BIG BANG THEORY: The Psychic Vortex | WBEI |
| PA 1-839-790 | THE BIG BANG THEORY: The Bozeman Reaction | WBEI |
| PA 1-839-815 | THE BIG BANG THEORY: The Einstein Approximation | WBEI |
| PA 1-839-805 | THE BIG BANG THEORY: The Large Hadron Collision | WBEI |
| PA 1-839-767 | THE BIG BANG THEORY: The Excelsior Acquisition | WBEI |
| PA 1-839-803 | THE BIG BANG THEORY: The Precious Fragmentation | WBEI |
| PA 1-839-812 | THE BIG BANG THEORY: The Pants Alternative | WBEI |
| PA 1-839-793 | THE BIG BANG THEORY: The Wheaton Recurrence | WBEI |
| PA 1-839-788 | THE BIG BANG THEORY: The Spaghetti Catalyst | WBEI |
| PA 1-839-692 | THE BIG BANG THEORY: The Plimpton Stimulation | WBEI |
| PA 1-839-802 | THE BIG BANG THEORY: The Staircase Implementation | WBEI |
| PA 1-839-724 | THE BIG BANG THEORY: The Lunar Excitation | WBEI |
| | The Big Bang Theory: The Complete Fourth Season | WBEI |
| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | WBEI |
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBEI |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | WBEI |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBEI |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBEI |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBEI |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBEI |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBEI |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend | WBEI |

| | Complexity | |
|---|---|---|
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBEI |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBEI |
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBEI |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBEI |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBEI |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBEI |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBEI |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBEI |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBEI |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBEI |
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | WBEI |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBEI |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBEI |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBEI |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBEI |
| | The Big Bang Theory: The Complete Fifth Season | WBEI |
| PA 1-805-604 | THE BIG BANG THEORY: The Skank Reflex Analysis | WBEI |
| PA 1-829-818 | THE BIG BANG THEORY: The Infestation Hypothesis | WBEI |
| PA 1-829-829 | THE BIG BANG THEORY: The Pulled Groin Extrapolation | WBEI |
| PA 1-830-263 | THE BIG BANG THEORY: The Wiggly Finger Catalyst | WBEI |
| PA 1-829-822 | THE BIG BANG THEORY: The Russian Rocket | WBEI |

| | Reaction | |
|---|---|---|
| PA 1-829-840 | THE BIG BANG THEORY: The Rhinitis Revelation | WBEI |
| PA 1-829-821 | THE BIG BANG THEORY: The Good Guy Fluctuation | WBEI |
| PA 1-829-844 | THE BIG BANG THEORY: The Isolation Permutation | WBEI |
| PA 1-829-827 | THE BIG BANG THEORY: The Ornithophobia Diffusion | WBEI |
| PA 1-829-825 | THE BIG BANG THEORY: The Flaming Spittoon Acquisition | WBEI |
| PA 1-829-846 | THE BIG BANG THEORY: The Speckerman Recurrence | WBEI |
| PA 1-829-848 | THE BIG BANG THEORY: The Shiny Trinket Maneuver | WBEI |
| PA 1-829-841 | THE BIG BANG THEORY: The Recombination Hypothesis | WBEI |
| PA 1-829-820 | THE BIG BANG THEORY: The Beta Test Initiation | WBEI |
| PA 1-829-805 | THE BIG BANG THEORY: The Friendship Contraction | WBEI |
| PA 1-829-830 | THE BIG BANG THEORY: The Vacation Solution | WBEI |
| PA 1-829-843 | THE BIG BANG THEORY: The Rothman Disintegration | WBEI |
| PA 1-829-828 | THE BIG BANG THEORY: The Werewolf Transformation | WBEI |
| PA 1-829-849 | THE BIG BANG THEORY: The Weekend Vortex | WBEI |
| PA 1-829-826 | THE BIG BANG THEORY: The Transporter Malfunction | WBEI |
| PA 1-829-803 | THE BIG BANG THEORY: The Hawking Excitation | WBEI |
| PA 1-829-819 | THE BIG BANG THEORY: The Stag Convergence | WBEI |
| PA 1-829-801 | THE BIG BANG THEORY: The Launch Acceleration | WBEI |
| PA 1-805-577 | THE BIG BANG THEORY: The Countdown Reflection | WBEI |
| PA 1-680-529 | THE BLIND SIDE | Alcon Film Fund, LLC. |

| PA 1-805-616 | THE CLOSER: Unknown Trouble | WBEI |
|---|---|---|
| PA 1-830-012 | THE CLOSER: Repeat Offender | WBEI |
| PA 1-830-014 | THE CLOSER: To Serve With Love | WBEI |
| PA 1-830-262 | THE CLOSER: Under Control | WBEI |
| PA 1-830-011 | THE CLOSER: Forgive Us Our Trespasses | WBEI |
| PA 1-829-979 | THE CLOSER: Home Improvement | WBEI |
| PA 1-830-017 | THE CLOSER: A Family Affair | WBEI |
| PA 1-829-972 | THE CLOSER: Death Warrant | WBEI |
| PA 1-829-994 | THE CLOSER: Star Turn | WBEI |
| PA 1-830-261 | THE CLOSER: Fresh Pursuit | WBEI |
| PA 1-830-008 | THE CLOSER: Necessary Evil | WBEI |
| PA 1-829-985 | THE CLOSER: You Have The Right To Remain Jolly | WBEI |
| PA 1-829-964 | THE CLOSER: Relative Matters | WBEI |
| PA 1-829-977 | THE CLOSER: Road Block | WBEI |
| PA 1-833-797 | THE CLOSER: Silent Partner | WBEI |
| PA 1-829-967 | THE CLOSER: Hostile Witness | WBEI |
| PA 1-829-981 | THE CLOSER: Fool's Gold | WBEI |
| PA 1-829-966 | THE CLOSER: Drug Fiend | WBEI |
| PA 1-829-968 | THE CLOSER: Last Rites | WBEI |
| PA 1-830-005 | THE CLOSER: Armed Response | WBEI |
| PA 1-805-629 | THE CLOSER: The Last Word | WBEI |
| PA 074-373 | THE DUKES OF HAZZARD: Days of Shine and Roses | WBI |
| PA 074-380 | THE DUKES OF HAZZARD: Gold Fever | WBI |
| PA 074-381 | THE DUKES OF HAZZARD: The Rustlers | WBI |
| PA 074-378 | THE DUKES OF HAZZARD: The Meeting | WBI |
| PA 074-385 | THE DUKES OF HAZZARD: Road Pirates | WBI |
| PA 074-375 | THE DUKES OF HAZZARD: The Ghost of General Lee | WBI |
| PA 074-382 | THE DUKES OF HAZZARD: Dukes Meet Cale Yarborough | WBI |
| PA 074-387 | THE DUKES OF HAZZARD: Hazzard Connection | WBI |
| PA 074-384 | THE DUKES OF HAZZARD: Witness for the Persecution | WBI |
| PA 074-386 | THE DUKES OF HAZZARD: Granny Annie | WBI |
| PA 074-371 | THE DUKES OF HAZZARD: People's Choice | WBI |
| PA 074-377 | THE DUKES OF HAZZARD: Arrest Jesse Duke | WBI |
| PA 074-374 | THE DUKES OF HAZZARD: Duke of Duke | WBI |

| PA 074-379 | THE DUKES OF HAZZARD: The Runaway | WBI |
|---|---|---|
| PA 074-372 | THE DUKES OF HAZZARD: Follow That Still | WBI |
| PA 074-367 | THE DUKES OF HAZZARD: Treasure of Hazzard | WBI |
| PA 074-370 | THE DUKES OF HAZZARD: Officer Daisy Duke | WBI |
| PA 074-369 | THE DUKES OF HAZZARD: Find Loretta Lynn | WBI |
| PA 074-376 | THE DUKES OF HAZZARD: Jude Emery | WBI |
| PA 074-365 | THE DUKES OF HAZZARD: Return of the Ridge Raiders | WBI |
| PA 074-368 | THE DUKES OF HAZZARD: Mason Dixon's Girls | WBI |
| PA 074-366 | THE DUKES OF HAZZARD: R.I.P. Henry Flatt | WBI |
| PA 077-415 | THE DUKES OF HAZZARD: Southern Comforts | WBI |
| PA 986-142 | The Green Mile | CR Films, LLC |
| PA 1-260-522 | THE HOBBIT | Rankin/Bass Productions, Inc. |
| RE 050-821 | The Jazz Singer | WBI |
| PA 1-107-745 | The Lord of the Rings: The Fellowship of the Ring (Four-Disc Special Extended Edition) | New Line |
| RE 163-871 | The McConnell Story | WBI |
| PA 1-232-756 | The Notebook (New Line Platinum Series) | New Line |
| PA 998-991 | SOPRANOS, THE: Guy Walks Into A Psychiatrist's Office | HBO and Samax, Inc. ("Samax") |
| PA 998-992 | SOPRANOS, THE: Do Not Resuscitate | HBO; Samax |
| PA 998-993 | SOPRANOS, THE: Toodle-F***ing-oo | HBO; Samax |
| PA 998-994 | SOPRANOS, THE:: Commendatori | HBO; Samax |
| PA 998-995 | SOPRANOS, THE: Big Girls Don't Cry | HBO; Samax |
| PA 998-996 | SOPRANOS, THE: The Happy Wanderer | HBO; Samax |
| PA 998-997 | SOPRANOS, THE: D-Girl | HBO; Samax |
| PA 998-998 | SOPRANOS, THE: Full Leather Jacket | HBO; Samax |
| PA 998-999 | SOPRANOS, THE: From Where To Eternity | HBO; Samax |
| PA 999-000 | SOPRANOS, THE: Bust Out | HBO; Samax |
| PA 999-001 | SOPRANOS, THE: House Arrest | HBO; Samax |
| PA 999-002 | SOPRANOS, THE: The Knight In White Satin Armor | HBO; Samax |
| PA 999-003 | SOPRANOS, THE: Funhouse | HBO; Samax |
| PA 1-783-492 | THE VAMPIRE DIARIES: Pilot | WBEI; |

| | | CBS Studios Inc. ("CBS") |
|---|---|---|
| PA 1-783-505 | THE VAMPIRE DIARIES: The Night Of The Comet | WBEI; CBS |
| PA 1-783-510 | THE VAMPIRE DIARIES: Friday Night Bites | WBEI; CBS |
| PA 1-783-518 | THE VAMPIRE DIARIES: Family Ties | WBEI; CBS |
| PA 1-783-545 | THE VAMPIRE DIARIES: You're Undead To Me | WBEI; CBS |
| PA 1-783-551 | THE VAMPIRE DIARIES: Lost Girls | WBEI; CBS |
| PA 1-783-556 | THE VAMPIRE DIARIES: Haunted | WBEI; CBS |
| PA 1-783-559 | THE VAMPIRE DIARIES: 162 Candles | WBEI; CBS |
| PA 1-783-563 | THE VAMPIRE DIARIES: History Repeating | WBEI; CBS |
| PA 1-783-567 | THE VAMPIRE DIARIES: The Turning Point | WBEI; CBS |
| PA 1-783-574 | THE VAMPIRE DIARIES: Bloodlines | WBEI; CBS |
| PA 1-783-578 | THE VAMPIRE DIARIES: Unpleasantville | WBEI; CBS |
| PA 1-783-584 | THE VAMPIRE DIARIES: Children Of The Damned | WBEI; CBS |
| PA 1-783-586 | THE VAMPIRE DIARIES: Fool Me Once | WBEI; CBS |
| PA 1-783-588 | THE VAMPIRE DIARIES: A Few Good Men | WBEI; CBS |
| PA 1-781-131 | THE VAMPIRE DIARIES: There Goes The Neighborhood | WBEI; CBS |
| PA 1-783-591 | THE VAMPIRE DIARIES: Let The Right One In | WBEI; CBS |
| PA 1-783-593 | THE VAMPIRE DIARIES: Under Control | WBEI; CBS |
| PA 1-783-596 | THE VAMPIRE DIARIES: Miss Mystic Falls | WBEI; CBS |
| PA 1-783-613 | THE VAMPIRE DIARIES: Blood Brothers | WBEI; CBS |
| PA 1-783-614 | THE VAMPIRE DIARIES: Isobel | WBEI; CBS |
| PA 1-783-616 | THE VAMPIRE DIARIES: Founder's Day | WBEI; CBS |
| PA 1-799-078 | THE VAMPIRE DIARIES: The Return | WBEI; CBS |
| PA 1-799-070 | THE VAMPIRE DIARIES: Brave New World | WBEI; CBS |
| PA 1-799-071 | THE VAMPIRE DIARIES: Bad Moon Rising | WBEI; CBS |
| PA 1-799-082 | THE VAMPIRE DIARIES: Memory Lane | WBEI; CBS |
| PA 1-799-074 | THE VAMPIRE DIARIES: Kill Or Be Killed | WBEI; CBS |
| PA 1-799-084 | THE VAMPIRE DIARIES: Plan B | WBEI; CBS |
| PA 1-799-072 | THE VAMPIRE DIARIES: Masquerade | WBEI; CBS |
| PA 1-799-073 | THE VAMPIRE DIARIES: Rose | WBEI; CBS |
| PA 1-799-075 | THE VAMPIRE DIARIES: Katerina | WBEI; CBS |
| PA 1-799-064 | THE VAMPIRE DIARIES: The Sacrifice | WBEI; CBS |
| PA 1-799-047 | THE VAMPIRE DIARIES: By The Light Of The Moon | WBEI; CBS |
| PA 1-799-065 | THE VAMPIRE DIARIES: The Descent | WBEI; CBS |
| PA 1-799-067 | THE VAMPIRE DIARIES: Daddy Issues | WBEI; CBS |

| PA 1-799-058 | THE VAMPIRE DIARIES: Crying Wolf | WBEI; CBS |
| PA 1-799-062 | THE VAMPIRE DIARIES: The Dinner Party | WBEI; CBS |
| PA 1-799-029 | THE VAMPIRE DIARIES: The House Guest | WBEI; CBS |
| PA 1-799-087 | THE VAMPIRE DIARIES: Know Thy Enemy | WBEI; CBS |
| PA 1-799-040 | THE VAMPIRE DIARIES: The Last Dance | WBEI; CBS |
| PA 1-799-042 | THE VAMPIRE DIARIES: Klaus | WBEI; CBS |
| PA 1-799-038 | THE VAMPIRE DIARIES: The Last Day | WBEI; CBS |
| PA 1-799-045 | THE VAMPIRE DIARIES: The Sun Also Rises | WBEI; CBS |
| PA 1-799-086 | THE VAMPIRE DIARIES: As I Lay Dying | WBEI; CBS |
| PA 1-806-075 | THE VAMPIRE DIARIES: The Birthday | WBEI; CBS |
| PA 1-840-715 | THE VAMPIRE DIARIES: The Hybrid | WBEI; CBS |
| PA 1-840-836 | THE VAMPIRE DIARIES: The End Of The Affair | WBEI; CBS |
| PA 1-840-714 | THE VAMPIRE DIARIES: Disturbing Behavior | WBEI; CBS |
| PA 1-840-717 | THE VAMPIRE DIARIES: The Reckoning | WBEI; CBS |
| PA 1-840-716 | THE VAMPIRE DIARIES: Smells Like Teen Spirit | WBEI; CBS |
| PA 1-840-829 | THE VAMPIRE DIARIES: Ghost World | WBEI; CBS |
| PA 1-840-721 | THE VAMPIRE DIARIES: Ordinary People | WBEI; CBS |
| PA 1-840-703 | THE VAMPIRE DIARIES: Homecoming | WBEI; CBS |
| PA 1-840-820 | THE VAMPIRE DIARIES: The New Deal | WBEI; CBS |
| PA 1-840-719 | THE VAMPIRE DIARIES: Our Town | WBEI; CBS |
| PA 1-840-698 | THE VAMPIRE DIARIES: The Ties That Bind | WBEI; CBS |
| PA 1-840-722 | THE VAMPIRE DIARIES: Bringing Out The Dead | WBEI; CBS |
| PA 1-840-708 | THE VAMPIRE DIARIES: Dangerous Liaisons | WBEI; CBS |
| PA 1-840-706 | THE VAMPIRE DIARIES: All My Children | WBEI; CBS |
| PA 1-840-720 | THE VAMPIRE DIARIES: 1912 | WBEI; CBS |
| PA 1-843-357 | THE VAMPIRE DIARIES: Break On Through | WBEI; CBS |
| PA 1-843-356 | THE VAMPIRE DIARIES: The Murder Of One | WBEI; CBS |
| PA 1-843-353 | THE VAMPIRE DIARIES: Heart Of Darkness | WBEI; CBS |
| PA 1-843-350 | THE VAMPIRE DIARIES: Do Not Go Gentle | WBEI; CBS |
| PA 1-843-352 | THE VAMPIRE DIARIES: Before Sunset | WBEI; CBS |
| PA 1-806-077 | THE VAMPIRE DIARIES: The Departed | WBEI; CBS |
| PA 152-973 | The World According to Garp | WBI |
| PA 1-653-459 | TRUE BLOOD: Strange Love | HBO |
| PA 1-653-432 | TRUE BLOOD: The First Taste | HBO |
| PA 1-653-964 | TRUE BLOOD: Mine | HBO |
| PA 1-653-970 | TRUE BLOOD: Escape from Dragon House | HBO |

| | | |
|---|---|---|
| PA 1-653-971 | TRUE BLOOD: Sparks Fly Out | HBO |
| PA 1-653-570 | TRUE BLOOD: Cold Ground | HBO |
| PA 1-653-568 | TRUE BLOOD: Burning House of Love | HBO |
| PA 1-662-013 | TRUE BLOOD: The Fourth Man in the Fire | HBO |
| PA 1-661-869 | TRUE BLOOD: Plaisir D'Amour | HBO |
| PA 1-658-084 | TRUE BLOOD: I Don't Wanna Know | HBO |
| PA 1-663-958 | TRUE BLOOD: To Love is to Bury | HBO |
| PA 1-656-238 | TRUE BLOOD: You'll Be the Death of Me | HBO |
| PA 1-664-352 | TRUE BLOOD: Nothing but the Blood | HBO |
| PA 1-666-595 | TRUE BLOOD: Keep This Party Going | HBO |
| PA 1-666-589 | TRUE BLOOD: Scratches | HBO |
| PA 1-666-598 | TRUE BLOOD: Shake and Fingerpop | HBO |
| PA 1-666-592 | TRUE BLOOD: Never Let Me Go | HBO |
| PA 1-666-591 | TRUE BLOOD: Hard-Hearted Hannah | HBO |
| PA 1-667-523 | TRUE BLOOD: Release Me | HBO |
| PA 1-666-586 | TRUE BLOOD: Timebomb | HBO |
| PA 1-666-583 | TRUE BLOOD: I Will Rise Up | HBO |
| PA 1-666-596 | TRUE BLOOD: New World in My View | HBO |
| PA 1-663-479 | TRUE BLOOD: Frenzy | HBO |
| PA 1-667-580 | TRUE BLOOD: Beyond Here Lies Nothin' | HBO |
| PA 1-688-635 | TRUE BLOOD: Bad Blood | HBO |
| PA 1-693-287 | TRUE BLOOD: Beautifully Broken | HBO |
| PA 1-697-033 | TRUE BLOOD: It Hurts Me Too | HBO |
| PA 1-697-287 | TRUE BLOOD: 9 Crimes | HBO |
| PA 1-704-298 | TRUE BLOOD: Trouble | HBO |
| PA 1-699-189 | TRUE BLOOD: I Got a Right to Sing the Blues | HBO |
| PA 1-699-150 | TRUE BLOOD: Hitting the Ground | HBO |
| PA 1-716-112 | TRUE BLOOD: Night on the Sun | HBO |
| PA 1-716-111 | TRUE BLOOD:: Everything is Broken | HBO |
| PA 1-716-116 | TRUE BLOOD: I Smell a Rat | HBO |
| PA 1-716-110 | TRUE BLOOD: Fresh Blood | HBO |
| PA 1-716-114 | TRUE BLOOD: Evil is Going On | HBO |
| PA 1-747-825 | TRUE BLOOD:: She's Not There | HBO |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | HBO |
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | HBO |
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | HBO |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | HBO |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | HBO |

| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | HBO |
|---|---|---|
| PA 1-756-538 | TRUE BLOOD: Spellbound | HBO |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | HBO |
| PA 1-756-540 | TRUE BLOOD:: Burning Down The House | HBO |
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | HBO |
| PA 1-765-827 | TRUE BLOOD: And When I Die | HBO |
| RE 815-954 | WILLY WONKA AND THE CHOCOLATE FACTORY | WBEI |